UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JASMINE RIVERA, ) <br> ) <br> Defendant, ) <br> ) | 2:10-cr-526-RLH-RJJ <br><br><br><br> O R D E R |

This matter was submitted to the undersigned Magistrate Judge on the Government's Motion to Dismiss Indictment (#29).

The Court having reviewed the Motion (#29) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Government's Motion to Dismiss Indictment (#29) is **GRANTED**.

IT IS FURTHER ORDERED that the status hearing scheduled for March 11, 2011, at 3:30 PM is **VACATED**.

IT IS FURTHER ORDERED that <u>Defendant Jasmine Rivera shall be release from federal custody forthwith</u>.

DATED this  10th  day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge